| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ARMANDO ONTIVEROS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00008-JDP |
| Plaintiff, | **MOTION TO EXTEND REPLY BRIEF DEADLINE** |
| vs. | |
| ARMANDO ONTIVEROS, | |
| Defendant. | |

Armando Ontiveros, through his attorney, Assistant Federal Defender Hope Alley, respectfully requests this Court to extend the deadline for his reply to the Government's Opposition to Mr. Ontiveros's Motion to Suppress. The Government has no objection to this request.

On June 6, 2018, the Court set the following briefing schedule:

        Defendant's motion: July 6, 2018

        Government's opposition: August 6, 2018

        Defendant's reply: August 20, 2018

        Status conference/ Evidentiary Hearing: September 9, 2018

Unfortunately, due to defense counsel's caseload, the undersigned is concerned that she cannot file the reply brief by close of business on Monday, August 20, 2018. Accordingly, Mr. Ontiveros respectfully requests a two-week extension. The deadline would be continued to August 31, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 17, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ARMANDO ONTIVEROS

# **O R D E R**

The court grants Mr. Ontiervos's request to extend the deadline for his reply brief. Accordingly, Mr. Ontiveros's reply brief is due August 31, 2018, by 5 p.m.

IT IS SO ORDERED.

Dated: __August 20, 2018__

*/s/ Jeremy Peterson*
UNITED STATES MAGISTRATE JUDGE