Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO ONTIVEROS,<br><br>Defendant. | Case No. 6:18-mj-0008-JDP<br><br>STIPULATION TO CONTINUE MOTION HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Armando Ontiveros, by and through his attorney of record, Assistant Federal Defender Hope Alley, that the motion hearing date in the above-captioned matter set for September 10, 2018 be continued to October 11, 2018 at 10:00 a.m.

Dated: September 4, 2018        /S/ Susan St. Vincent
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

Dated: September 4, 2018        /S/ Hope Alley
                                Hope Alley
                                Assistant Federal Defender
                                Attorney for Defendant
                                Armando Ontiveros

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the court orders the motion hearing currently scheduled on September 10, 2018 in *U.S. v. Ontiveros 6:18-mj-0008-JDP* be continued to October 11, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:     September 4, 2018              _____
                                          UNITED STATES MAGISTRATE JUDGE