1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ARMANDO ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00008-JDP |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF DEFENDANT'S APPEARANCE AT MOTION HEARING; ORDER** |
| vs. | |
| ARMANDO ONTIVEROS, | Date: October 11, 2018<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Armando Ontiveros, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the October 11, 2018 hearing on Mr. Ontiveros's motion to suppress.

On February 6, 2018, Mr. Ontiveros's made an initial appearance on Case No. 6:18-mj-0008. During his initial appearance, this Court appointed Assistant Federal Defender Hope Alley to represent Mr. Ontiveros. This Court also granted a Rule 43 Waiver, permitting Mr. Ontiveros's absence at all non-substantive hearings.

On July 6, 2018, Mr. Ontiveros filed a motion to suppress evidence obtained from an unlawful seizure. The government opposed Mr. Ontiveros's motion on August 6, 2018. A hearing on the motion is scheduled for October 11, 2018.

Mr. Ontiveros does not intend to testify at the October 11, 2018 hearing, and his interests

will be adequately represented by his attorney. Furthermore, Mr. Ontiveros lives in Pacifica, California, which is more than four hours from Yosemite Valley by car. Mr. Ontiveros, who is indigent, cannot afford to travel to Yosemite Valley. Not only would it cost him gas money, but he would have to request time off of work. He is not currently in a financial position to take unpaid leave from work. Accordingly, Mr. Ontiveros respectfully requests that this Court waives his appearance at the October 11, 2018 motion hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 12, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ARMANDO ONTIVEROS

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance at the October 11, 2018 Motion Hearing in Case No. 6:18-mj-00008-JDP, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   September 17, 2018

UNITED STATES MAGISTRATE JUDGE