| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ARMANDO ONTIVEROS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00008-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO EVIDENTIARY HEARING; ORDER** |
| vs. | |
| ARMANDO ONTIVEROS, | |
| Defendant. | |

On June 6, 2018, this Court set a motion's hearing for September 10, 2018 at 10 a.m. The hearing was continued twice to November 30, 2018. Unfortunately, due to bad weather and dangerous road conditions, the parties requested the hearing be reset. Having conferred with potential witnesses, the parties HEREBY STIPULATE that the motion/evidentiary hearing for the motion to suppress in Case No. 6:18-mj-0008-JDP be reset to December 10, 2018 at 10 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 3, 2018         */s/ Susan St. Vincent*
                                Susan St. Vincent
                                Yosemite Legal Officer
                                Attorney for Plaintiff

///

///

| | |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 3, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ARMANDO ONTIVEROS |

**O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the motion/evidentiary hearing for Case No. 6:18-mj-00008 is hereby reset to December 10, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated: December 4, 2018

UNITED STATES MAGISTRATE JUDGE